

# THE CAPONERA LAW FIRM, P.C.
### Attorneys and Counselors at Law

Victor A. Caponera, Jr
Ryan M. Caponera

5 Palisades Drive, Suite 315, Albany, New York 12205
(518) 453-8381
Facsimile (518) 831-0465

Philip S. Caponera
*(1942 – 2014)*

May 25, 2022

VIA ECF ONLY
Hon. Christian F. Hummel
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, New York 12207

Re:  Warrington v. Hudson Headwaters Health Network et al
     Index No.: 8:21-cv-522

Dear Judge Hummel:

    As you know, I represent Patricia Warrington. With opposing counsel consent, I am respectfully requesting an extension of the all discovery deadline to October 3, 2022.

    Should you have any questions, please do not hesitate to contact me.

Respectfully yours,

THE CAPONERA LAW FIRM, P.C.

RYAN M. CAPONERA, ESQ.